Louis J. Esbin, Esq. (Cal. Bar No. 119705)
LAW OFFICES OF LOUIS J. ESBIN
27201 Tourney Road, Suite 122
Valencia, California 91355-1857
Tel: 661.254-5050 | Fax: 661.254-5252
E-MAIL: esbinlaw@sbcglobal.net

Attorneys for Debtors, Russell L. Smith and Joy C. Smith



FILED & ENTERED

MAY 15 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Russell L. Smith and Joy C. Smith,<br><br>Debtors. | CASE NO.  SV 08-17343MT<br><br>Chapter 13 Case<br><br>ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS.<br><br>DATE:    March 10. 2009<br>TIME:    11:00 a.m.<br>PLACE:  Courtroom 302<br>21041 Burbank Blvd., Woodland Hills, CA |

There came on for hearing on March 10, 2009, the Motion by Russell L. Smith and Joy C. Smith, Chapter 13 Debtors ("<u>Debtors</u>"), pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5)(B) and <u>In re Lam</u> (<u>Lam vs. Investors Thrift</u>), 211 B.R. 36 (9th Cir.BAP 1997), for a determination of the secured value of the Real Property located at 19413 Greenmountain Dr., Newhall, California 91321 (APN 2842-005-044) (the "REAL PROPERTY") to be $370,000, based upon an appraisal opinion as of October 8, 2008, to stay post petition payments by DEBTORS and to treat the claim of Washington Mutual Bank with Account No. 4727, as wholly undersecured for purposes of plan confirmation, on the grounds that the value of the Real Property has declined in value since DEBTORS incurred the debt with Washington Mutual Bank

1

with Account No. 4727, with appearances noted on the record, the Court having read and considered the Motion filed by Debtors, and good cause being shown, it is

ORDERED, ADJUDGED AND DECREED, pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5)(B) and In re Lam (Lam vs. Investors Thrift), 211 B.R. 36 (9th Cir.BAP 1997), that the value of the Real Property located at 19413 Greenmountain Dr., Newhall, California 91321 (APN 2842-005-044) (the "REAL PROPERTY") to be $370,000 (the "Value").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that after deducting the First Deed of Trust of Countrywide Home Loans with Account No. 3899 from the Value there is no equity remaining in the Real Property to secure the claim of Washington Mutual Bank with Account No. 4727.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claim of Washington Mutual Bank with Account No. 4727, secured by a Second Deed of Trust, is undersecured for purposes of this Chapter 13 Case, such that upon confirmation of DEBTORS' Chapter 13 Plan, B Washington Mutual Bank with Account No. 4727 will be treated as a general unsecured claim and paid *pro rata* with other allowed unsecured claims.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there will be no post petition maintenance payments due, demanded, or to be paid by the DEBTORS on Washington Mutual Bank with Account No. 4727.

///

///

///

///

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Second Deed of Trust of Washington Mutual Bank with Account No. 4727 will be avoided and subject to being extinguished from title on the real property located at 19413 Greenmountain Dr., Newhall, California 91321 (APN 2842-005-044), as of the date of entry of the order of discharge of the DEBTORS in this Chapter 13 Case.

###

DATED: May 15, 2009

_____
United States Bankruptcy Judge

3

# PROOF OF SERVICE OF DOCUMENTS
## In re Russell L. Smith and Joy C. Smith
## Bankr. Case No. SV 08-13602 MT

I, Louis J. Esbin, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 27201 Tourney Road, Suite 122, Valencia, CA 91355-1857.

On April 29, 2009, I caused to be served the following documents upon the interested parties:

**[Proposed] ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS.**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

**See Attached List**

☒ **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒ **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

EXECUTED on   April 29, 2009 , at Valencia, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Louis J. Esbin

_____
LOUIS J. ESBIN

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **[Proposed] ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**A. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the date of this Order the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒   Service information continued on attached page

**B. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Maureen Tighe, 21041 Burbank Blvd., Woodland Hills, CA

☒   Service information continued on attached page

**C. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒   Service information continued on attached page

5

**PROOF OF SERVICE LIST**
**In re Russell L. Smith and Joy C. Smith**
**Bankr. Case No. SV 08-13602 MT**

| Parties to be Served Electronically | Parties to be Served by Mail |
|---|---|
| Office of the United States Trustee<br>Office Of The United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | Debtor<br>Russell and Joy Smith<br>19413 Greenmountain Dr.<br>Newhall, CA 91321 |
| Counsel for Debtor<br>Louis J. Esbin<br>Law Offices of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, California 91355 | Agent for Process - Countrywide<br>The Prentice Hall Corporation<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |
| Chapter 13 Trustee<br>Elizabeth F. Rojas<br>15301 Ventura Blvd., Bldg. B, Suite 400<br>Sherman Oaks, CA  91403 | Request for Special Notice - Countrywide<br>Countrywide Home Loans, Inc.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Dept.<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 |
| | Request for Special Notice - Countrywide<br>Countrywide Home Loans, Inc.<br>c/o Miles, Bauer, Bergstrom & Winters<br>1665 Scenic Avenue,<br>Roswell, Georgia 30076 |
| | Secured Creditor<br>Countrywide Home Loans<br>P O Box 5170, MS SV314B<br>Simi Valley, CA 93065 |
| | Secured Creditor<br>Countrywide Home Loans-Bankruptcy Dept.<br>7105 Corporate Drive<br>Mail Stop PTX-C-35<br>Plano, TX 76137 |
| | Secured Creditor - WAMU<br>Washington Mutual<br>Bankruptcy Servicing<br>P.O. Box 10467<br>Greenville, SC 29603 |
| | Secured Creditor - WAMU<br>Washington Mutual<br>Bankruptcy Servicing<br>P.O. Box 1147<br>Northridge, CA 91328 |
| | Secured Creditor - WAMU<br>Washington Mutual<br>Home Loan Customer Service<br>P.O. Box 100576<br>Mail Stop: FSC0170<br>Florence, SC 29502-0576 |
| | Secured Creditor - WAMU<br>Washington Mutual<br>Attn: General Inquiries<br>1301 Second Ave.<br>Seattle, WA 98101 |