| | | |
|---|---|---|
| 1 | Louis J. Esbin, Esq. (Cal. Bar No. 119705) | |
| 2 | LAW OFFICES OF LOUIS J. ESBIN 27201 Tourney Road, Suite 122 |  |
| 3 | Valencia, California 91355-1857 Tel: 661.254-5050 \| Fax: 661.254-5252 | |
| 4 | E-MAIL: esbinlaw@sbcglobal.net | |
| 5 | Attorneys for Debtors, Russell L. Smith and Joy C. Smith | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| | In re | CASE NO.  SV 08-17343 MT |
| | Russell L. Smith and Joy C. Smith, | Chapter 13 Case |
| | Debtors. | **ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005].** |
| | | DATE:    (none set) TIME: PLACE:  Courtroom 302 21041 Burbank Blvd., Woodland Hills, CA |

There came on for hearing the MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005] by Russell L. Smith and Joy C. Smith, Chapter 13 Debtors ("<u>Debtors</u>"), by and through counsel of record, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, with other appearances noted on the record, wherein the Court considered, among others, the following facts: Debtors timely filed the NOTICE OF APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22,

2009) on September 29, 2009; that on May 15, 2009 pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5)(B) this Court entered an ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS determining the value of the Real Property located at 19413 Greenmountain Dr., Newhall, California 91321 (APN 2842-005-044) (the "REAL PROPERTY") to be $370,000; on August 7, 2009, this Court entered its MEMORANDUM OF LAW RE: DEBTOR'S ELIGIBILITY UNDER 11 U.S.C. § 109(e) IN LIGHT OF UNDERSECURED DEBT EXCEEDING DEBT LIMITS; Debtors First Amended Chapter 13 Plan was confirmed by order of this Court on September 10, 2009; and following entry of the Confirmation Order, on September 22, 2009, this Court entered its ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT, with good cause being shown, it is

**ORDERED, ADJUDGED AND DECREED** that Motion for Stay Pending Appeal is granted.

**ORDERED, ADJUDGED AND DECREED** that the effect of the Dismissal Order is stayed, as it is the subject of the Notice of Appeal, but also, that the Confirmation Order and Valuation Order remain in full force and effect, and that pending final adjudication by the United States Court of Appeals for the Ninth Circuit that all proceedings relating to or arising from the CASE are stayed without necessity of a supercedeas bond.

DATED: October 2, 2009

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENTS
**In re Russell L. Smith and Joy C. Smith**
**Bankr. Case No. SV 08-13602 MT**

I, Louis J. Esbin, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 27201 Tourney Road, Suite 122, Valencia, CA 91355-1857.

On October 1, 2009, I caused to be served the following documents upon the interested parties:

**[Proposed] ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005]**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☒  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

**See Attached List**

☒  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

EXECUTED on   October 1, 2009 , at Valencia, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Louis J. Esbin

LOUIS J. ESBIN

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**A. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the date of this Order the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒   Service information continued on attached page

**B. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Maureen Tighe, 21041 Burbank Blvd., Woodland Hills, CA

☒   Service information continued on attached page

**C. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒   Service information continued on attached page

**PROOF OF SERVICE LIST**
**In re Russell L. Smith and Joy C. Smith**
**Bankr. Case No. SV 08-13602 MT**

| Parties to be Served Electronically | Parties to be Served by Mail |
|---|---|
| <u>Office of the United States Trustee</u><br>Office Of The United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | <u>Debtor</u><br>Russell Smith and Joy Smith<br>19413 Greenmountain Dr.<br>Newhall, CA 91321 |
| <u>Counsel for Debtor</u><br>Louis J. Esbin<br>Law Offices of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, California 91355 | |
| <u>Chapter 13 Trustee</u><br>Elizabeth F. Rojas<br>15301 Ventura Blvd., Bldg. B, Suite 400<br>Sherman Oaks, CA  91403 | |

1