**FILED & ENTERED**

**OCT 23 2009**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tasharr DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 1:08-bk-17343-MT |
| Russell L Smith, | Chapter: 13 |
| Joy C Smith | **SECOND AMENDED ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT** |
| Debtor(s). | Date:     August 11, 2009<br>Time:    9:30 a.m.<br>Location: Courtroom 302 |

On September 25, 2008, Russell and Joy Smith ("debtors") filed a petition for relief under Chapter 13 of the Bankruptcy Code. In a ruling dated August 7, 2009, this court determined that, at the time of filing, debtors had $337,195 in unsecured debt. Section 109(e) of the Bankruptcy Code requires that a Chapter 13 debtor must have less than $336,900 in unsecured debt at the time the debtor files. Because the debtors' unsecured debt exceeds section 109(e)'s limit on unsecured debt,

**IT IS HEREBY ORDERED** that debtor's case is **DISMISSED**; and

**IT IS FURTHER ORDERED THAT** this dismissal shall be effective upon the entry of the original order dismissing.

*[signature: Maureen A. Tighe]*

DATED: October 23, 2009

United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **SECOND AMENDED ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 21, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Louis J Esbin    Esbinlaw@sbcglobal.net
- David B Lally    davidlallylaw@gmail.com
- Elizabeth (SV) Rojas    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Russell L Smith
Joy Smith
19413 Greenmountain Drive
Newhall, CA 91321

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page