**Louis J. Esbin, Esq. (Cal.Bar No. 119705)**
**LAW OFFICES OF LOUIS J. ESBIN**
**27201 Tourney Road, Suite 122**
**Valencia, California  91355-1804**
**Tel: 661-254-5050 | Fax: 661-254-5252**
**E-mail: Esbinlaw@sbcglobal.net**

Attorneys for Debtors and Appellants, Russell L. Smith and Joy C. Smith

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Russell L. Smith and Joy C. Smith,<br><br>   Debtors and Appellants. | Chapter 13 Case<br><br>Bankr. No. SV 08-17343 MT<br><br>NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E); Fed.R.Bank.P. 8005].<br><br>Appealed from Hearing<br>Date:   August 11, 2009<br>Time:   9:30 am<br>Place:  Courtroom 302<br>21041 Burbank Blvd., Woodland Hills, CA |

TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST AND COUNSEL OF RECORD:

NOTICE IS GIVEN that Debtors, RUSSELL L. SMITH AND JOY C. SMITH (the "DEBTORS"), by and through counsel of record, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, do respectfully submit for consideration of this Honorable Court this NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E); Fed.R.Bank.P. 8005] (the "Order Granting Stay Pending Appeal"), a true and correct copy of which is attached and incorporated by this reference as "Exhibit 1," the effect of which

1  Order Granting Stay Pending Appeal is set forth therein, and in summary, is to cause the case not to be
2  effectively dismissed, that the automatic stay is in full force and effect under 11 U.S.C. §362(a), such that
3  creditors are prohibited from seeking to enforce or collect on any debt arising prior to the filing of the
4  Chapter 13 case, which was commenced on September 25, 2008, with a voluntary petition under Chapter
5  13, Title 11 United States Code, commencing Case No. SV 08-17343 MT. Therefore, any action in violation
6  of the automatic stay will be actionable.

7      WHEREFORE, DEBTORS and Appellants, RUSSELL L. SMITH AND JOY C. SMITH,
8  respectfully give notice to creditors and parties in interest that the automatic stay is effective, that the Case
9  dismissal is stayed and that Debtors are making payments under their confirmed Chapter 13 plan.

11  Dated: November 6, 2009                LAW OFFICES OF LOUIS J. ESBIN

12                                                /S/ Louis J. Esbin

13                                                BY_____
14                                                LOUIS J. ESBIN
                                              Attorneys for DEBTORS and Appellants,
15                                                RUSSELL L. SMITH AND JOY C. SMITH

**EXHIBIT "1"**

Louis J. Esbin, Esq. (Cal. Bar No. 119705)
LAW OFFICES OF LOUIS J. ESBIN
27201 Tourney Road, Suite 122
Valencia, California 91355-1857
Tel: 661.254-5050 | Fax: 661.254-5252
E-MAIL: esbinlaw@sbcglobal.net

Attorneys for Debtors, Russell L. Smith and Joy C. Smith



FILED & ENTERED

OCT 02 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Russell L. Smith and Joy C. Smith,<br><br>  Debtors. | CASE NO.  SV 08-17343 MT<br><br>Chapter 13 Case<br><br>**ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005].**<br><br>DATE:    (none set)<br>TIME:<br>PLACE:  Courtroom 302<br>21041 Burbank Blvd., Woodland Hills, CA |

There came on for hearing the MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005] by Russell L. Smith and Joy C. Smith, Chapter 13 Debtors ("<u>Debtors</u>"), by and through counsel of record, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, with other appearances noted on the record, wherein the Court considered, among others, the following facts: Debtors timely filed the NOTICE OF APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22,

1

2009) on September 29, 2009; that on May 15, 2009 pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5)(B) this Court entered an ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS determining the value of the Real Property located at 19413 Greenmountain Dr., Newhall, California 91321 (APN 2842-005-044) (the "REAL PROPERTY") to be $370,000; on August 7, 2009, this Court entered its MEMORANDUM OF LAW RE: DEBTOR'S ELIGIBILITY UNDER 11 U.S.C. § 109(e) IN LIGHT OF UNDERSECURED DEBT EXCEEDING DEBT LIMITS; Debtors First Amended Chapter 13 Plan was confirmed by order of this Court on September 10, 2009; and following entry of the Confirmation Order, on September 22, 2009, this Court entered its ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT, with good cause being shown, it is

**ORDERED, ADJUDGED AND DECREED** that Motion for Stay Pending Appeal is granted.

**ORDERED, ADJUDGED AND DECREED** that the effect of the Dismissal Order is stayed, as it is the subject of the Notice of Appeal, but also, that the Confirmation Order and Valuation Order remain in full force and effect, and that pending final adjudication by the United States Court of Appeals for the Ninth Circuit that all proceedings relating to or arising from the CASE are stayed without necessity of a supercedeas bond.

DATED: October 2, 2009

_United States Bankruptcy Judge_

2

# PROOF OF SERVICE OF DOCUMENTS
## In re Russell L. Smith and Joy C. Smith
## Bankr. Case No. SV 08-13602 MT

I, Louis J. Esbin, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 27201 Tourney Road, Suite 122, Valencia, CA 91355-1857.

On October 1, 2009, I caused to be served the following documents upon the interested parties:

**[Proposed] ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005]**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

**See Attached List**

☒ **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒ **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

EXECUTED on   October 1, 2009 , at Valencia, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Louis J. Esbin

LOUIS J. ESBIN

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [Fed.R.Bank.P. 8005]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**A. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the date of this Order the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**B. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Maureen Tighe, 21041 Burbank Blvd., Woodland Hills, CA

☒  Service information continued on attached page

**C. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒  Service information continued on attached page

4

**PROOF OF SERVICE LIST**
**In re Russell L. Smith and Joy C. Smith**
**Bankr. Case No. SV 08-13602 MT**

| | |
|---|---|
| Parties to be Served Electronically | Parties to be Served by Mail |
| Office of the United States Trustee | Debtor |
| Office Of The United States Trustee | Russell Smith and Joy Smith |
| 21051 Warner Center Lane, Suite 115 | 19413 Greenmountain Dr. |
| Woodland Hills, CA 91367 | Newhall, CA 91321 |

Counsel for Debtor
Louis J. Esbin
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355

Chapter 13 Trustee
Elizabeth F. Rojas
15301 Ventura Blvd., Bldg. B, Suite 400
Sherman Oaks, CA  91403

**PROOF OF SERVICE OF DOCUMENT(S)**
**In re Russell L. Smith and Joy C. Smith**
**Bankruptcy Case No. SV 08-17343 MT**

I, Louis J. Esbin, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 27201 Tourney Road, Suite 122, Valencia, CA 91355-1857

On November 6, 2009, I caused to served the following document upon the interested parties:

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E); Fed.R.Bank.P. 8005]**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☒  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee
Elizabeth Rojas, Chapter 13 Trustee
Email: lrojas@ch13wla.com

Counsel for Debtors
Louis J. Esbin, Esq. (Cal.Bar No. 119705)
E-mail: Esbinlaw@sbcglobal.net

Office of the United States Trustee
Peter Anderson, United States Trustee
E-mail: peter.c.anderson@usdoj.gov

☒  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

Hon. Maureen Tighe
Courtroom 302
21041 Burbank Blvd., Woodland Hills, CA

☐  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

EXECUTED on ___November 6, 2009___, at Valencia, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Louis J. Esbin

Louis J. Esbin, declarant

## **PROOF OF SERVICE LIST**
In re Russell and Joy Smith
Bankruptcy Case No. SV 08-17343 MT

Office of the United States Trustee
Office Of The United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Chapter 13 Trustee
Elizabeth F. Rojas
15060 Ventura Blvd., Suite 240
Sherman Oaks, California 91403

Counsel for Debtor
Louis J. Esbin
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355-1804

Debtor
Russell and Joy Smith
19413 Greenmountain Dr.
Newhall, CA 91321

David Brian Lally, Esq.
Law Office of David B. Lally
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656

Secured Creditors
Countrywide Home Loan
P.O. Box 10219
Van Nuys, CA 91410-0219

Unsecured Creditors
ACS
P.O. Box 78208
Phoenix, AZ 85062-8208

Ford Credit
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901

American Express
Box 0001
Los Angeles, CA 90096-0001

Los Angeles County Tax Collector
P.O. Box 54088
Los Angeles, CA 90054-0088

At&T Universal Card
P.O. Box 44167
Jacksonville, FL 32231-4167

Washington Mutual
P.O. Box 78065
Phoenix, AZ 85062-8065

Bank Of America
P.O. Box 15027
Wilmington, DE 19850-5027

Per Proof of Claim
ECMC
CA Student Aid Commission
7325 Beaufort Springs, # 200
Richmond, VA 23225

Capital One Bank
eCAST Settlement Corp.
P O Box 35480
Newark, NJ 07193-5480

Per Proof of Claim
World Financial Network Nat'l Bank
c/o Weinstein & Riley PS
2001 Western Ave., # 400
Seattle, WA 98121

Bank of America
eCAST Settlement Corp.
P O Box 35480
Newark, NJ 07193-5480

Per Proof of Claim
Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Per Proof of Claim
PRA Receivables Management, LLC
The Home Depot
P.O. Box 41067
Norfolk, VA 23541

Per Proof of Claim
LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Per Proof of Claim
AT&T Wireless
Vativ Recovery Solutions, LLC
Agent for Palisades/ Asta Funding
P.O. Box 19249
Sugar Land, TX 77496

Per Proof of Claim
Capital One Bank
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091

Per Proof of Claim
Premier Bankcard / Chater
P.O. Box 2208
Vacaville, CA 95696

Unsecured Creditors
Chase
P.O. Box 15298
Wilmington, DE 19850-5298

HSBC Card Services
P.O. Box 80084
Salinas, CA 93912-0084

American Express Centurion Bank
c/o Becket and Lee
Attorneys/Agent for Creditor
P O Box 3001
Malvern, PA 19355-0701

Unsecured Creditors
Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100

Law Office Of Barbara Jean Penny
15650 Devonshire Street, Suite 103
Granada Hills, CA 91344

Lisa Mahoney
C/O Law Offices Of Steven K. Perrin
101 Moody Court, Suite 218
Thousand Oaks, CA 91360

Wfnnb-Newport News
P.O. Box 659705
San Antonio, TX 78265-9705

Northland Group Inc
P.O. Box 390846
Ednina, MN 55439

Law Offices Of Frawley & Brauer
21300 Victory Blvd., Suite 820
Woodland Hills, CA 91367-2538