**Louis J. Esbin, Bar No. 119705**
**LAW OFFICES OF LOUIS J. ESBIN**
**27201 Tourney Road, Suite 122**
**Valencia, California 91355**
**Tel: 661-254-5050 | Fax: 661-254-5252**
**E-mail: Esbinlaw@sbcglobal.net**

Attorneys for Debtors and Appellants, Russell L. Smith and Joy C. Smith

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Chapter 13 Case |
| | ) |
| RUSSELL L. SMITH AND JOY C. SMITH, | ) Bankr. No. SV 08-17343 MT |
| | ) |
| Debtors and Appellants. | ) DESIGNATION OF RECORD ON APPEAL |
| | ) TO BE PRESENTED ON APPEAL FROM |
| | ) ORDER DISMISSING CASE BECAUSE |
| | ) DEBTORS EXCEED SECTION 109(e)'S |
| | ) LIMIT ON UNSECURED DEBT (ORDER |
| | ) EOD SEPTEMBER 22, 2009). |
| | ) |
| | ) Notice of Appeal filed: September 29, 2009 |
| | ) |

TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST AND COUNSEL OF RECORD:

NOTICE IS GIVEN that Debtors, RUSSELL L. SMITH AND JOY C. SMITH (the "<u>DEBTORS</u>"), by and through counsel of record, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, do respectfully submit for consideration of this Honorable Court this DESIGNATION OF RECORD ON APPEAL TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009), which appeal was filed on September 29, 2009, and for which DEBTORS request the following record be duly considered:

///

///

**Documents Designated:**

| Docket Number | Caption Title | Filing Date |
|---|---|---|
| **1** | Chapter 13 Voluntary Petition Fee Amount filed by Louis J Esbin on behalf of Russell L Smith, Joy C Smith.  (Esbin, Louis) (Entered: 09/25/2008) | **09/25/08** |
| **2** | Chapter 13 Plan filed by Louis J Esbin on behalf of Russell L Smith, Joy C Smith.  (Esbin, Louis) (Entered: 09/25/2008) | |
| **8** | Addendum to voluntary petition (Amendment Cover Sheet), Extraneous document(s) filed with the bankruptcy petition , Amended Schedule A, Amended Schedule D, Amended Schedule I, Declaration concerning debtor's schedules, Declaration Re: Electronic Filing  Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith.  (Esbin, Louis) (Entered: 12/15/2008) | **12/15/08** |
| **9** | Trustee's Motion to Determine Value of Property Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (Esbin, Louis) (Entered: 12/15/2008) | **12/15/08** |
| **15** | Brief of Trustee re:  Debtors' eligibility for Chapter 13 bankruptcy under 11 U S C Section 109(e); Declaration of Elizabeth F Rojas in support of brief. Filed by Trustee Elizabeth (SV)  Rojas .  (Dominguez, Amy) (Entered:02/05/2009) | **01/30/09** |
| **16** | Supplemental RESPONSE OF DEBTORS TO TRUSTEE'S BRIEF CONCERNING DEBTORS' ELIGIBILITY AND IN FURTHER SUPPORT OF MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS; MEMORANDUM OF POINTS AND AUTHORITIES Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith.  (Esbin, Louis) (Entered: 02/22/2009) | **02/22/09** |
| **19** | Order Granting Trustee's Motion To Determine Value of Property and stay post petition payments  (Related Doc # [9]). Signed on  5/15/2009. (Williams, Jewell) (Entered: 05/15/2009) | **05/15/09** |
| **24** | Amended Chapter 13 Plan with Proof of Service Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (RE: elated document(s)[2] Chapter 13 Plan filed by Louis J Esbin on behalf of Russell L Smith, Joy C Smith.).  (Esbin, Louis) (Entered: 07/28/2009) | **07/28/09** |
| **26** | Order Granting Memorandum of law re: Debtor's eligililty under 11 U.S.C. Section 109(e) in light of undersecured debt exceeding debt limits. (Related Doc # [0]) Signed on 8/7/2009 (Dominguez, Amy) (Entered: 08/07/2009) | **08/07/09** |
| **28** | Order Confirming Chapter 13 Plan Signed on 9/10/2009 (RE: related document(s)[4] No action taken on Meeting (AutoAssign Chapter 13), [24] Granting Amended Chapter 13 Plan filed by Debtor Russell L Smith, Joint Debtor Joy C Smith).  (Dominguez, Amy) (Entered: 09/10/2009) | **09/10/09** |

| | | |
|---|---|---|
| **32** | Order Dismissing Case - ( I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Dominguez, Amy) Both Debtors Dismissed. Signed on 9/22/2009. (Dominguez, Amy) (Entered: 09/22/2009) | **09/22/09** |
| **35** | Notice of Appeal Circuit Court. (with Proof of Service). Fee Amount $255 Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (RE: related document(s)[26] Memorandum of decision, [32] Order Dismissing Case). Appellant Designation due by 10/9/2009. (Esbin, Louis) (Entered: 09/29/2009) | **09/29/09** |
| **36** | Motion To Stay Pending Appeal (related documents [35] Notice of Appeal) NOTICE OF MOTION AND MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E); Fed.R.Bank.P. 8005] (with Proof of Service) Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (Esbin, Louis) (Entered: 10/01/2009) | **09/29/09** |
| **37** | Request for Certification of Direct Appeal to Circuit Court NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT OF THE NOTICE OF APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E)] (with Proof of Service) Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (RE: related document(s)[35] Notice of Appeal).  (Esbin, Louis) (Entered: 10/01/2009) | **10/01/09** |
| **38** | Order Granting Motion To Stay Pending Appeal of order dismissing case because debtors exceed section 109(e)'s Limit on unsecured debt (Order EOD September 22, 2009) [Fed. R. Bank. P. 8005] (Related Doc # [36]) Signed on 10/2/2009 (Marshall, Latanya) (Entered: 10/02/2009) | **10/02/09** |
| **39** | Order certifying case for direct appeal (Generic) (Related Doc # [0]) Signed on 10/2/2009 (Marshall, Latanya) (Entered: 10/02/2009) | **10/02/09** |
| **42** | Amended Order Dismissing Case because debtors exceed section 109(e)'s limit on unsecured debt ( I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Williams, Jewell) - Both Debtors Dismissed. Signed on 10/7/2009. (Williams, Jewell) (Entered: 10/07/2009) | **10/07/09** |
| **43** | Amended Memorandum of law re: debtor's eligibility under 11 USC sec 109(e) in light of undersecured debt exceeding debt limits Signed on 9/29/2009.   (Williams, Jewell) (Entered: 10/09/2009) | **09/29/09** |
| **46** | Second Amended Order dismissing case because debtors exceed section 109(e)'s limit on unsecured debt (Generic) (Related Doc # [32]) Signed on 10/23/2009 (Marshall, Latanya) (Entered: 10/23/2009) | **10/23/09** |

| 48 | Notice NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR STAY PENDING APPEAL OF ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) [28 U.S.C. §§ 158(d)(2)(A)-(E); Fed.R.Bank.P.  8005] (with Proof of Service) Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (RE: related document(s)[38] Order Granting Motion To Stay Pending Appeal of order dismissing case because debtors exceed section 109).  (Esbin, Louis) (Entered: 11/06/2009) | 11/06/09 |
| 50 | Notice to BAP    Filed by  (RE: related document(s)[35] Notice of Appeal Circuit Court. ).   (Williams, Jewell) (Entered: 11/09/2009) | 11/09/09 |
| 51 | Statement of Issues on Appeal DESIGNATION OF ISSUES TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009) (with Proof of Service) Filed by Joint Debtor Joy C Smith, Debtor Russell L Smith (RE: related document(s)[35] Notice of Appeal). (Esbin, Louis) | 11/13/09 |

**Transcripts of Hearings Designated:**

Hearing Date and Time

January 13, 2009, at 9:30 am

January 13, 2009, at 11:00 am

March 10, 2009, at 9:30 am

March 10, 2009, at 11:00 am

April 14, 2009, at 9:30 am

April 14, 2009, at 11:00 am

August 11, 2009, at 9:30 am

August 11, 2009, at 11:00 am

WHEREFORE, Debtors and Debtors in Possession, RUSSELL L. SMITH AND JOY C. SMITH , respectfully request the Court consider the foregoing Designation of Records for Appeal.

Dated: November 13, 2009                    LAW OFFICES OF LOUIS J. ESBIN

/S/ Louis J. Esbin

BY_____
LOUIS J. ESBIN, ESQ.
Attorneys for Debtors and Appellants,
RUSSELL L. SMITH AND JOY C. SMITH

4

1

2

**PROOF OF SERVICE OF DOCUMENT(S)**
**In re Russell L. Smith and Joy C. Smith**
**Bankruptcy Case No. SV 08-17343 MT**

3

4

5

I, Louis J. Esbin, the undersigned, declare and state as follows:  I am an individual over 18 years of age and I am not a party to the within action.  I am employed by a member of the State Bar of California, at whose direction service is made.  My mailing business address is 27201 Tourney Road, Suite 122, Valencia, CA 91355-1857

6

On November 13, 2009, I caused to served the following document upon the interested parties:

7

**DESIGNATION OF RECORD ON APPEAL TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED SECTION 109(e)'S LIMIT ON UNSECURED DEBT (ORDER EOD SEPTEMBER 22, 2009)**

8

9

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

10

11

12

☒   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

13

14

| Chapter 13 Trustee | Counsel for Debtors |
| --- | --- |
| Elizabeth Rojas, Chapter 13 Trustee | Louis J. Esbin, Esq. |
| Email: lrojas@ch13wla.com | E-mail: Esbinlaw@sbcglobal.net |

15

16

| Counsel for Chapter 13 Trustee | Office of the United States Trustee |
| --- | --- |
| David B. Lally, Esq. | Peter Anderson, United States Trustee |
| Email: davidlallylaw@gmail.com | E-mail: peter.c.anderson@usdoj.gov |

17

18

19

☒   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

20

21

**See Attached List**                    Hon. Maureen Tighe
                                         Courtroom 302
                                         21041 Burbank Blvd., Woodland Hills, CA

22

23

☐   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

24

**See Attached List**

25

26

EXECUTED on ____November 13, 2009____, at Valencia, California

27

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

28

/s/ Louis J. Esbin

Louis J. Esbin, declarant